IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>vs.<br><br>RYAN R. ROSENBERGER,<br><br>                    Defendant. | 4:15CB3005<br><br>ORDER |

Upon the Motion of the Government, violation 2473445 is dismissed.

February 3, 2022.

                                                  BY THE COURT:

                                                  s/Cheryl R. Zwart
                                                  United States Magistrate Judge